# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KAREN JULIAN** and **LINDA BERNHARD,**
Appellants,

v.

**MICHAEL SACCOCCIO, ASHLEY CATRON,** and **GOVERNMENT EMPLOYEES INSURANCE COMPANY,**
Appellees.

No. 4D21-2897

[November 3, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Gary L. Sweet, Judge; L.T. Case No. 432018CA000482CAAXMX.

Andrew A. Harris of Harris Appeals, P.A., Palm Beach Gardens, and Gray M. Camfield of the Law Office of Gray M. Camfield, Melbourne, for appellants.

Adam A. Duke and Richard A. Weldy of Young, Bill, Boles, Palmer, Duke & Thompson, P.A., Miami, for appellee GEICO.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***